**AFFIRM; and Opinion Filed September 30, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01310-CR

### RYAN EUGENE CROOK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-70359-K**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice O'Neill

Ryan Eugene Crook appeals from the adjudication of his guilt for assault involving

family violence. *See* TEX. PENAL CODE ANN. § 22.01(a) (West 2011); TEX. FAM. CODE ANN.

§§ 71.0021, 71.005 (West 2008 & Supp. 2012). The trial court assessed punishment at ten years'

imprisonment. On appeal, appellant's attorney filed a brief in which she concludes the appeal is

wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*,

386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in

effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex.

Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

121310F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

RYAN EUGENE CROOK, Appellant

No. 05-12-01310-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 4 of Dallas County, Texas (Tr.Ct.No.
F11-70359-K).
Opinion delivered by Justice O'Neill,
Justices Lang-Miers and Evans
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered September 30, 2013.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE